| PROB 22<br>(Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)*<br>1:03-91-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)*<br>05-10121 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:<br><br>Anh Huynh<br>322 S. Main St.<br>Sharon, MA 02067 | DISTRICT<br><br>DISTRICT OF VERMONT | DIVISION<br><br>Criminal |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>Hon. J. Garvan Murtha | |

| | | DATES OF PROBATION/SUPERVISED<br>RELEASE: | FROM<br>October 20,<br>2004 | TO<br>October 19,<br>2005 |
|---|---|---|---|---|

**OFFENSE**

Unlawful Importation of Bonytonue Fish, 18 U.S.C. §§545;2

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

*2/22/05*
_____
*Date*

*L. Garvan Murtha*
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*May 1, 2005*
_____
*Effective Date*

*William G. Young*
_____
United States District Judge